IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MACLEAN POWER, LLC, a Delaware Limited Liability Company, | ) ) ) | Civil Action No. 07 C 0657 |
| Plaintiff, | ) ) | |
| v. | ) ) | The Hon. Virginia M. Kendall District Court Judge |
| PDEX USA, CORP., a Florida Corporation, QUALITY CABLE & ELECTRONICS, INC., a Florida Corporation, and PEAK TRADING CORPORATION, a New York Corporation, | ) ) ) ) | The Hon. Michael T. Mason Magistrate Judge |
| Defendants. | ) ) ) | |

**MACLEAN POWER, LLC'S MOTION FOR ENTRY OF
ORDER FOR FINAL JUDGMENT AND PERMANENT INJUNCTION
AGAINST DEFENDANT PEAK TRADING CORPORATION**

MacLean Power, LLC ("MacLean Power"), by its attorneys, The Alden Law Group, LLP, moves this Court for entry of an Order For Final Judgment And Permanent Injunction Against Peak Trading Corporation ("Peak Trading"), and in support hereof states as follows:

1. Plaintiff, MacLean Power, and Defendant, Peak Trading, have settled this matter, and, as a material part thereof, jointly move the Court to enter an Order for Final Judgment and Permanent Injunction, a copy of which is attached hereto as Exhibit A and referred to hereinafter as the "Final Judgment Order."

2. In support of the Final Judgment Order, Defendant Peak Trading submits sworn testimony in the form of an affidavit from its Chief Executive Officer, Kevin Pitcock. The affidavit is attached hereto as Exhibit B and referred to hereinafter as the "Affidavit of Pitcock."

3. Through the Affidavit of Pitcock, Defendant has sworn to the accuracy of the

various provisions of the Final Judgment Order.  See Affidavit of Kevin Pitcock.

4. This Court should therefore enter the Final Judgment Order.

WHEREFORE, MacLean Power, LLC requests that this Court enter the Order For Final Judgment And Permanent Injunction Against Peak Trading Corporation.

Dated this 16th day of April, 2007.

Respectfully Submitted,

**MACLEAN POWER, LLC**

By:    s/Robert J. Ambrose
      One of Its Attorneys

Dana A. Alden
Robert J. Ambrose
The Alden Law Group, LLP
2122 York Road, Suite 180
Oak Brook, IL 60523
Tel: (630) 368-7676
Fax: (630) 368-7677