## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Maclean Power, LLC

                              Plaintiff,

v.                                              Case No.: 1:07−cv−00657
                                                Honorable Virginia M. Kendall

PDEX USA, Corp., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 2, 2009:

     MINUTE entry before the Honorable Virginia M. Kendall:Motion hearing held. Plaintiff's petition for a rule to show cause, Sanctions and Other Relief Against Ningbo Fastlink Equipmemt Co., Ltd., et al is taken under advisement. Plaintiff is given to 7/10/2009 to file a memrandum in support. Plaintiff is directed to personally serve Ningbo Fastlink with a copy of its motion and this court's order forthwith.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.