**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Maclean Power, LLC

                              Plaintiff,

v.                                                    Case No.: 1:07−cv−00657
                                                      Honorable Virginia M. Kendall

PDEX USA, Corp., et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 20, 2009:

        MINUTE entry before the Honorable Virginia M. Kendall: Motion hearing held.
Plaintiff's motion for order *Pursuant to FRCP 4(f)(3)*[240] is granted. Plaintiff is directed
to submit a proposed draft order forthwith.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.